# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-6812-SVW (JEM) | Date | October 25, 2019 |
|---|---|---|---|
| Title | ROBERT WILLIAMS, et al. v. C. GREENE, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: PLAINTIFFS' SUBMISSION OF REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT

    On September 11, 2019, the Court denied Plaintiffs' Request to Proceed Without Prepayment of Filing Fees ("IFP Request") because the IFP Request was procedurally defective. The Court ordered Williams and Martell to submit separate IFP requests with supporting documents establishing eligibility to proceed without prepayment of fees within 30 days from the date of that order.

    To date, neither plaintiff has submitted an IFP Request with supporting documents, as ordered.

    Accordingly, both plaintiffs are ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to submit the necessary documentation in support of an IFP Request. Plaintiffs shall file separate written responses to the Order to Show Cause no later than **November 8, 2019**. Failure to respond in writing to the Order to Show Cause by the deadline may result in the dismissal of this action. Filing a completed Request to Proceed Without Prepayment of Filing Fees with Declaration in Support shall be a satisfactory response to the Order to Show Cause. The Clerk is directed to provide Plaintiff with another copy of the form.

    IT IS SO ORDERED.

cc: Parties

| | : |
|---|---|
| Initials of Preparer | slo |